# UNITED STATES DISTRICT COURT
## District of Minnesota

Maxim Solutions, LLC,                                **JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.                                                Case Number: 21-CV-1641 (KMM/DJF)

Bongards' Creameries,

Defendant.

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT Judgment be entered in favor of the defendants.

Date:  March 10, 2025                        KATE M. FOGARTY, CLERK

_s/Kathy A. Thobe_
(By) Kathy A. Thobe, Deputy Clerk

_s/Katherine M. Menendez_
KATHERINE M. MENENDEZ
United States District Judge